# UNITED STATE DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

PATRICK SHEATS, and similarly situated employees,

    Plaintiff,

v.

CASE NO.: 3:16-CV-00160-CDL

GEORGIA MEDICAL TRANSPORTATION, and JOE A. HALE, Individually,

    Defendant.

## ORDER APPROVING SETTLEMENT AND DISMISSAL

This matter is before the Court on the Plaintiff's Unopposed Motion to Approve Settlement and Dismissal with Prejudice. For good cause shown, it is hereby ORDERED that the settlement of this matter is approved and the above matter is dismissed with prejudice.

SO ORDERED this 2nd day of May, 2017.

    s/Clay D. Land
    **Clay D. Land**
    **Chief United States District Judge**